**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000026
07-MAR-2024
08:17 AM
Dkt. 22 ODMR**

NO. CAAP-24-0000026

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CENTRAL PACIFIC BANK,
Plaintiff-Appellee, v.
FERDINAND CARREON AYSON and VICTORIA ESPRECION AYSON,
Defendants-Appellants, and
FIRST HAWAIIAN BANK; PENTAGON FEDERAL C.U.;
CITIBANK (SOUTH DAKOTA) N.A.; VIVINT SOLAR, INC.;
EWA BY GENTRY COMMUNITY ASSOCIATION; VIVINT SOLAR DEVELOPER, LLC,
Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0000984)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Second Motion for Order (**Second Motion**), filed March 4, 2024, by self-represented Defendants-Appellants Ferdinand Carreon Ayson and Victoria Esprecion Ayson (**collectively, Aysons**), which the court construes as a motion for reconsideration, the papers in support, and the record, it appears that the Aysons seek reconsideration of the court's February 26, 2024 Order Denying Motion for Stay, but the Aysons fail to demonstrate that the court overlooked or misapprehended any point of law or fact.  See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Second Motion is denied.

DATED:  Honolulu, Hawaiʻi, March 7, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge